United States District Court
District of Minnesota

RECEIVED
DEC 16 2021
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

HOSSAIN KHOROOS,

    Plaintiff,

Vs.

UNIVERSITY of MINNESOTA-DULUTH

    Defendant.

Dear Judge,

I have tried to find an attorney to assist me in this case, but to no avail. I contacted about 10 to 15 attorneys, but no one could help. I respectfully ask the Court to assist me in being represented by an attorney in this case.

Hossain Khoroos

12-16-2021

SCANNED
DEC 16 2021
U.S. DISTRICT COURT DULUTH